File Hashes for IP Address 76.106.58.82

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/06/2013 04:24:10 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 03/03/2013 15:55:33 | 606F8A70BD1B3D378C0971F23762E361288D3C96 | Tuesday Morning |
| 02/06/2013 13:35:02 | 728CAE61541054A512F692033D7A5325A6C3DCBC | Deep Longing |
| 02/06/2013 13:33:05 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 01/19/2013 02:56:59 | 2418ADB84FB85E9AA270129FDE8DD3407F026C52 | A Love Story |
| 01/19/2013 02:44:32 | FF6F574E973FBB7EB5E20715C9F6B4135FB7286A | Tarde Espanola |
| 01/05/2013 14:58:53 | 6B79A83D040544BB8F40D7D2B490DBC981BE762E | Silvie Eufrat Strip Poker |
| 12/19/2012 12:26:31 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 12/19/2012 12:25:40 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 12/19/2012 12:24:19 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

DC58