**Copyrights-In-Suit for IP Address 76.106.58.82**

**ISP:** Comcast Cable
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 02/06/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 01/19/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 12/19/2012 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/06/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/19/2012 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 04/06/2013 |
| Silvie Eufrat Strip Poker | PA0001775909 | 02/06/2012 | 02/17/2012 | 01/05/2013 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 01/19/2013 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/03/2013 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 12/19/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  10**

EXHIBIT B

DC58