## Expanded Surveillance of IP Address 76.106.58.82

**ISP:** Comcast Cable
**Location:** Washington, DC

| Hit Date  UTC | Filename |
|---|---|
| 05/20/2013 | X-Art.13.05.05.Veronica.The.Young.And.The.Restless.XXX.1080p.MP4-KTR[rarbg] |
| 05/20/2013 | Idol.2006.ep04.pctv.divx-TKoC |
| 05/20/2013 | X-Art - Green Eyes - Capri [1080p].mov |
| 05/20/2013 | Game of Thrones S03E08 HDTV x264-EVOLVE[ettv] |
| 05/17/2013 | Foals - Holy Fire 2013 Rock 320kbps CBR MP3 [VX] [P2PDL] |
| 05/17/2013 | The Boxer Rebellion - Promises (2013)[WwW.ZoNaToRReNT.CoM] |
| 05/17/2013 | …And It Shook Me |
| 05/15/2013 | Josh.Rouse-The.Happiness.Waltz.2013.320k-P2P |
| 05/14/2013 | Mount Moriah |
| 05/14/2013 | Stornoway - Tales From Terra Firma (2013) [FLAC] |
| 05/14/2013 | Shout.Out.Louds-Optica.2013.320k-NewAlbumReleases |
| 05/13/2013 | Game of Thrones S03E02 HDTV x264-2HD[ettv] |
| 05/12/2013 | Game of Thrones S03E04 HDTV x264-EVOLVE[ettv] |
| 05/12/2013 | Monday Mornings S01E05 HDTV x264-2HD[ettv] |
| 05/12/2013 | Game.of.Thrones.S03E05.HDTV.x264-2HD.mp4 |
| 05/12/2013 | Piranha 3DD .2012.1080p.BluRay.H-SBS.DTS.x264.zm [PublicHD] |
| 05/12/2013 | Game.of.Thrones.S03E03.HDTV.x264-EVOLVE.mp4 |
| 05/12/2013 | Game.of.Thrones.S03E01.HDTV.x264-2HD.mp4 |
| 04/09/2013 | Fridays Child - Public Masturbation In Starbucks [MFC] |
| 04/08/2013 | High.Sierra.Search.And.Rescue.S01E01-07.DVDRip.XviD-OSiTV |
| 04/06/2013 | X-Art - Photo Fantasy - Maya [1080p].mov |
| 04/01/2013 | Hummingbird |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 04/01/2013 | Torres-Torres.2013.320k-NewAlbumReleases |
| 03/26/2013 | OMG.Its.The.Ghost.XXX.Parody.XXX.DVDRip.x264-UPPERCUT |
| 03/10/2013 | Treme S03E05 HDTV x264-EVOLVE[ettv] |
| 03/10/2013 | Treme.S03E04.HDTV.x264-2HD.mp4 |
| 03/04/2013 | Arrow.S01E06.HDTV.x264-LOL.[VTV].mp4 |
| 03/04/2013 | Arrow.S01E10.HDTV.x264-LOL.[VTV].mp4 |
| 03/03/2013 | Roxette - The RoxBox 86-06 (2006) - Pop [www.torrentazos.com].rar |
| 03/03/2013 | X-Art - Tuesday Morning - Tiffany F [720p].wmv |
| 03/03/2013 | Batman The Dark Knight Returns Part 2 (2013) [1080p] |
| 03/03/2013 | How.I.Met.Your.Mother.S08E16.HDTV.x264-LOL.[VTV].mp4 |
| 03/01/2013 | [SaiyanRivals] Dakara Boku wa, H ga Dekinai. - 07 [720p][335D6904].mkv |
| 02/18/2013 | Treme.S03E03.HDTV.x264-EVOLVE.mp4 |
| 02/09/2013 | The Walking Dead Season 3 Complete(Ep 1-8) HDTV x264 [VectoR] |
| 02/07/2013 | new.girl.s02e15.480p.hdtv.x264-mRS.mkv |
| 02/06/2013 | x-art_angelica_a_little_rain_must_fall_1080.mov |
| 02/06/2013 | Mastering the Art of French Cooking.pdf |
| 02/06/2013 | x-art_eufrat_angelica_deep_longing_540.wmv |
| 02/01/2013 | X-Art - Working Out Together - Kristen [720p].wmv |
| 01/28/2013 | Suits.S02E12.HDTV.x264-ASAP.mp4 |
| 01/28/2013 | The Joy Formidable - Wolf's Law [ChattChitto RG] |
| 01/28/2013 | Robot And Frank 2012 DVDRip XviD-Ltu |
| 01/28/2013 | Promised.Land.2012.DVDSCR.XVID.AC3-AbsurdiTy |
| 01/28/2013 | Frankenweenie.2012.DVDRip.XviD-COCAIN |
| 01/27/2013 | Treme.S03E02.HDTV.XviD-AFG |
| 01/19/2013 | X-Art  A Love Story  Gianna |
| 01/19/2013 | X-Art - Tarde Espanola - Addison [720p].mp4 |

EXHIBIT C

DC58

| Hit Date UTC | Filename |
|---|---|
| 01/18/2013 | Invasion.S01E12.HDTV.XviD-LOL.avi |
| 01/12/2013 | A Thing Called Divine Fits |
| 01/11/2013 | Treme S03E01 HDTV x264-EVOLVE[ettv] |
| 01/07/2013 | nubiles_venus_devil_1v_hardcore_full.wmv |
| 01/07/2013 | Nubiles_Melanie_Jane.wmv |
| 01/07/2013 | Eva.Lovia.Courtney.Taylor.Secret.Santa.Babes.2012_iyutero.com.mp4 |
| 01/05/2013 | Eufrat.Silvie.Strip.Poker.X.Art.2012.FullHD_iyutero.com.wmv |
| 01/05/2013 | [ www.Speed.Cd ] - Inside.Breaking.Bad.S05E08.720p.WEB-DL.x264-mSD |
| 01/05/2013 | Breaking Bad S05E08 HDTV NL Subs DutchReleaseTeam |
| 12/29/2012 | Little Inferno - Full PreCracked - Foxy Games |
| 12/19/2012 | X-Art - Inside Perfection - Angelica [720p].mov |
| 12/19/2012 | X-Art - Wild Things - Silvie, Grace [1080p].mov |
| 12/19/2012 | X-Art - Black Lace Bliss - Gianna [720p].mov |
| 12/16/2012 | ADOBE PHOTOSHOP LIGHTROOM 3.4+cracked  [MaXT] |
| 12/03/2012 | Looper 2012 DVDRip AC3 XViD-RemixHD |
| 12/03/2012 | The.Bourne.Legacy.2012.DVDRip.XviD-NEUTRINO (SilverTorrent) |
| 11/28/2012 | Ledjanaja.drozh.2010.P.HDRip.avi |
| 11/23/2012 | Ben Gibbard |
| 11/21/2012 | Detective Conan 670 - Tesoro en la torre de la oscuridad (II) [217181F9].mkv |
| 11/21/2012 | [Torrentfrancais.com]-the-mob-doctor-s01e04-vostfr-hdtv |
| 11/21/2012 | Jake Bugg – Jake Bugg (2012) MP3VBR Beolab1700 |
| 11/11/2012 | Treme.S02E11.HDTV.XviD-LOL.avi |
| 11/11/2012 | The.Woman.in.Black.2012.BDRip.x264.AAC-VISUALiSE |
| 11/02/2012 | The Hurt Locker 2008 720p BluRay x264-MgB |
| 11/02/2012 | Avatar.2009.EXTENDED.1080p.BluRay.x264.anoXmous |
| 10/31/2012 | [ www.Speed.Cd ] - Skins.S06E03.720p.HDTV.x264-BiA |

EXHIBIT C

DC58

| Hit Date UTC | Filename |
|---|---|
| 10/31/2012 | [www.top-hitz.com]Cherry.Tree.Lane.German.2010.AC3.BDRip.XviD.maye |
| 10/31/2012 | extra1.mpg |
| 10/30/2012 | {www.scenetime.com}Alvin.and.the.Chipmunks.Chipwrecked.2011.BRRip.XviD-eXceSs |
| 10/30/2012 | Eega Telugu Movie 2012 1CD DvDScr Final - x264 - AAC |
| 10/30/2012 | The Bourne Legacy 2012 DVDRip XviD-COCAIN |
| 10/30/2012 | Fuduntu-14.8-4-i386-LiveDVD.iso |
| 10/30/2012 | Fringe.S05E03.HDTV.x264-LOL.[VTV].mp4 |
| 10/29/2012 | Key.and.Peele.S02E05.HDTV.x264-ASAP.mp4 |
| 10/28/2012 | Happy Feet Two 2011 DVDRip XviD-ExtraTorrentRG |
| 10/24/2012 | Boardwalk.Empire.S03E06.HDTV.x264-EVOLVE.mp4 |
| 10/24/2012 | The.Colbert.Report.2012.10.23.John.Grisham.HDTV.x264-EVOLVE.[VTV].mp4 |
| 10/24/2012 | Parenthood.2010.S04E06.HDTV.x264-2HD.mp4 |
| 10/24/2012 | Treme.S03E05.HDTV.x264-EVOLVE.mp4 |
| 10/24/2012 | Lightning |
| 10/24/2012 | Homeland.S02E04.HDTV.x264-ASAP.[VTV].mp4 |
| 10/15/2012 | Key.and.Peele.S02E03.HDTV.x264-ASAP.mp4 |
| 10/13/2012 | Key.and.Peele.S02E01.HDTV.x264-EVOLVE.mp4 |
| 09/23/2012 | Mumford and Sons - Babel (DELUXE) |
| 09/23/2012 | Treme.S02E10.Thats.What.Lovers.Do.HDTV.XviD-FQM.avi |
| 09/23/2012 | Treme.S02E09.What.Is.New.Orleans.HDTV.XviD-FQM.avi |
| 09/20/2012 | Tower Heist(2011) DVDRip XviD AC3-26K |
| 09/08/2012 | Legend.of.the.Seeker.S02E10.HDTV.XviD-LOL - [ www.torrentday.com ] |
| 09/03/2012 | Real Steel [Eng]_2011 |
| 09/03/2012 | Jessie.(2011).S01E24.Cattle.Calls.and.Scary.Walls.HDTV.XviD-ASAP[ettv] |
| 09/03/2012 | Leverage.S05E03.HDTV.x264 |
| 08/12/2012 | [ www.Speed.Cd ] - Treme.S02E09.720p.HDTV.x264-ORENJI |

EXHIBIT C

DC58

| Hit Date UTC | Filename |
|---|---|
| 08/12/2012 | [ www.TorrentDay.com ] - Treme.S02E09.What.Is.New.Orleans.HDTV.XviD-FQM |

EXHIBIT C

DC58